# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAJIH AJIB,<br><br>        Plaintiff,<br><br>    v.<br><br>FINANCIAL ASSISTANCE, INC., et al.,<br><br>        Defendants. | Case No. 1:13-cv-01451-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>(ECF No. 6) |

        Plaintiff Wajih Ajib, appearing pro se and in forma pauperis, filed this action on September 11, 2013.  (ECF No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On December 5, 2013, the Magistrate Judge filed a Findings and Recommendation which was served on Plaintiff and which contained notice that any objection to the Findings and Recommendation was to be filed within fourteen days.  Plaintiff has not filed timely a objection to the Findings and Recommendation.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.      The Findings and Recommendation, filed December 5, 2013, is adopted in full;

2. This action is DISMISSED, with prejudice, for Plaintiff's failure to state any claims upon which relief may be granted; and

3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **January 3, 2014**     /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE