## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**WAJIH AJIB,**

CASE NO: **1:13–CV–01451–LJO–SAB**

v.

**FINANCIAL ASSISTANCE, INC., ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/3/2014**

**Marianne Matherly**
Clerk of Court

ENTERED: **January 3, 2014**

by: /s/ A. Jessen
Deputy Clerk